UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MHW

**RECEIVED**

Jimmy Dale Miller
#2007-0049271

plaintiff

- VS -

• C.O. JOHN DOE
• C.O. JONES
• C.O. JOHNSON
"Dr. JOHN DOE"
• Tom DART (Sheriff of Cook county)
• County of Cook Bureau of Health -
d/b/as CERMACK HEALTH Service
• DR. CARRINGTON - CERMACK HEALTH
Service Mental health Supervisor
• C. Smith - CERMACK HEALTH SERVICE
administrator
• Superintendent D. Andrews
• Capt. Brogan
• L. WARREN - Prog. Serv. admin/Dept. admin
• "JOHN OR JANE DOE" - GRIEVANCE
APPEAL BOARD DESIGNEE
• Sgt JOHN DOE            DEFENDENTs

FEB 1 2008 MB
Feb 1, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08CV711
JUDGE GETTLEMAN
MAGISTRATE JUDGE KEYS

Complaint

Complaint Under the Civil Right act
Title 42 Section 1983 US CODE

①

1. Plaintiff
   (A) Name: Jimmy Dale Miller
   (B) List Alias: "New York"
   (C) Prison(or) Jail #: 2007-0049271
   (D) Place of Confinement: Cook County Jail
   (E) Address: P.O. Box 089002, Chicago, IL. 60608

II. Defendents
   (A) Defendent: Mr. Jones
       Title: Correctional Officer
       Place of Employment: Cook County Jail
   (B) Defendent: Mr. Johnson
       Title: Correctional Officer
       Place of Employment: Cook County Jail
   (C) Defendent: "Dr. John Doe"
       Title: Nurse or Doctor
       Place of Employment: Cook County Jail —
       — Cermack Health Service
   (D) Defendent: Dr Carrington
       Title: Doctor
       Place of Employment: Cook County Jail
       Cermack Health Service Mental Dept.
   (E) Defendent: C. Smith
       Title: Cermack Health Service Admin.
       Place of Employment: Cook County Jail
       Cermack Health Service

DEFENDENT: John DoE

· Title: C.O.
  Place of Employment: Cook County Jail

(F.) DEFENDENT: John Doe
  Title: Sgt.
  Place Of Employment: Cook CountJail

(G) DEFENDENT: Mr. Brogan
  Title: Captian
  Place of Employment: Cook County Jail

(H) DEFENDENT: Tom Dart
  Title: sheriff of Cook County Illinois
  Place of Employment: County of Illinos

(I) DEFENDENT: John or Jane DoE
  Title: Grievance appeal Board Designee
  Place of Employment: Cook County Jail

(J) Defendent L. Warren
· Title: Serv. Admin / asst. Admin
· Place of Employment

(K) · DEFENDENT:
· Title:
· Diace of Employment:

(L) DEFENDENT: John or Jane Doe
  Title: Cook County Bureau of health d/b/A
  Cermack Health service administrator or Director
  Place of Employment: unknown (Cook County Jail?)

III List all law Suits you have filed, if
  any (also co-plaintiff, if any) in any
  State

(9)

OK Federal Court in the United States:

(A) Name of Case & Docket #: _DONT REMEMBER_

(B) Approximate Date of Filing: _Dont Remember_

(C) List plaintiff(s): _my self_

(D) List Defendents:  I belive it was the Director of New York Department of Correction Mr. coughlin and the warden or super-intendent as well as other staff, it's been so Long Ago I dont Remember.

(E) Court in which the Law suit was Filed? Dont Rember

(F) Name of Judge to whom case was assigned: Dont Remember

(G) Basic claim made: challenging a Disciplinary Hearing

(H) Disposition of this case: I believe it was Dismissed For Failure to state a claim

(I) approximate Date of disposition? Late 80's or early 90's

Note: To be honest I dont think or can Re-collect Remembering Filing partically a 1983 How ever I have filed Numerous of Motions But it's Been so long to Remember I pray my Lack of memory will Not exclude me From proceeding with Filing this lawsuit...

④

POSSIBLE THE FACT OF YOUR CASE. DESCRIBE HOW EACH DEFENDENTS
IS INVOLV, INCLUDING NAMES, DATES, AND PLACES. DO NOT GIVE ANY LEGAL
ARGUMENT OR CITE ANY CASES OR STATUES. IF YOU INTEND TO ALLEGE
A NUMB OF RELATED CLAIM NUMBER AND SET FORTH EACH CLAIM IN
A SEPARATE PARAGRAPH:

(1) July 3'07 upon entering to cook county Jail
Plaintiff Requested several mental personel that
he be put on his psych medication plaintiff was denied

(2) IN august plaintiff put in for sickcall to see the
Doctor for pain in leg and thigh Plaintiff was
Never called

(3) plaintiff continued to ask to be put back on his psych
medication thru-out the month of august and Sept
plaintiff was denied

(4) ON oct 05,07 plaintiff Filed a 2 page GRIEVANCE Explaining
my history of me being on medication and the importance that
they give me my medication (Plaintiff appealed)

(5) ON OCT 18,07 plaintiff made the attempt to
commit Suicide by injesting 52 pills

(6) Plaintiff was Escourted to curmack Health
Services by unknown officer and was Relieved
by C.O. Jones

5

(7) While in Cermack HEAlth service plaintiff (DUE to a incident) Plaintiff was beaten by C.O. JONES and C.O. JOHNSON. Plaintiff WAS "Hogged tied" by C.O. Johnson and Punched REpeAtedly in the fAce. While plaintiff was beaten ANother UNKNOWN officer watched and did Nothing to stop C.O. JOHNSON from beating me

(8) After the beating PLAintiff was led in to see the Doctor, Doctor did NOt EXAMiNE ME for the Suicide Attempt But stated "You have A bloody mouth" and that consicluded the EXAMiNAtion.

(9) Plaintiff was Escorted TO Div 8 psych UNit givEN A Shot of Therozine, and Placed in A cell with aNother INMAte There WAS only oNE bed Plaintiff hAd to sleep oN the FlooR WHERE he remained There FOR 8 dAy's EveN when other bed space WAS AvAilable.

(10) Oct 25, 07 Plaintiffed was moved to Div 10 there he filed A GRievance FOR what happeNed to him when he gave it to the officer to mail it the GRievance disAppeAred

(11) ON NOV 1, 07 plaintiff Filed ANother GRievANce and gave it to CousElor MARtiNez

6

(12) On the 4th of November counselor Martinez came back with my grievances and said that I AM Raising two issues on one grievances and must file seperate grievances I complied

(13) On Oct 29, 07 I filed out a Sick call Request form and explained that I'm having problems with left eye left armpit Neck and arm; also that I did Not receive my psych med to for 4 days;

(14) On Nov 05 Plaintiff was called to the dispensary and spoke with Dr. Patel Plaintiff told her what happened to me and she ordered various test to see if my lung or kidney have been damaged From the pills I've injested she also was made aware of the beating I recieved and the injuries I recieved From being hogged tied

(15) On Nov 13, 07 plaintiff was called out to see the Doctor at Cermack Health Service, I saw. Dr Singelton he wanted to see me about a sick slip I put in in August. (I saw C.O. Johnsant and Jones and was afraid)

(16) Dec 28, 07 I filed a sickcall list For the pain I'm having in my left arm, Neck, Numbness in thumb and Finger Next to thumb

(17) Jan 8, 08 Spoke to C.O. Capers about pain in my arm Neck and Numbness in my thumb

* On Oct 05 I filed a grievance which was recieved by D.V 6 Case worker Ms. Ball on the 9th of october she referred it to Cermack I appealed. C. Smith, Capt Brogan, L. Warren signed off.

(7)

(18) Jan 11 Spoke with Nurse about pain in my Left arm, Numbness in thumb and Neck Signed a Sick call list also Spoke with C.O Jefferson about pain in my Neck and a tingling sensation in my arm down to my Thumb

(19) ON DEC 16 and 11 I went to psychial therapy

(20) Jan 15 I spoke with Case worker about my Grievance it was Denied, Spoke with Nurse Ms christmas about pain in Neck arm thumb and finger Nex to thumb She gave me a sick call slip

(21) January 17,08 plaintiff was called out to go to Cermack Heath Service For X Rays

(22) January 22 08 approx 6:00P.M plaintiff was escorted to cermack by C.O. EVAN FOR Psyical therapy. I was seen by Ms. Jones and did a few excersise she stated that I had to see a Neurologist. Put in sick call to see NEUROLOGIST
C.O. EVAN WAS RElived by C.O. Gazik while we were oni our way to Div 10. C.O. JONES (Defendant) and ANother inmate was stationed on a corner of a wall C.O. Jones held out his hands to C.O. Gazik which he stopped then plaintiff heard an officer beating an inmate plaintiff became very afraid

8

~ C.O. Jones Then Stated you gor NO Care here "DAMN-/ DAMN Jail House Lawyers!"

(23) January 23 plaintiff was called agan to psyical therapy and was see by Instructure John

I did my exercise then C.O. Jones walked in with another inmale I was very uncomfortabal and afraid and intimidated by his presence

V. State briefy exactly what you want the Court to do for you Make no legal argument cite no case or statues:

A) Plaintiff Request that he be given adequate medical attention when need I.E. Dentist, Eye examination and Glasses and medication

B) Plaintiff Request that he receive monetary compensatory, punitive Damages for Every Day he slept on the floor; For Every Day he was Denied his psych medication; and Everyday his sick all list For medical TREATMENT was ignored

C) Plaintiff Request compensatory, putinive and monetary in the amount to be determined by the enlightened conscience of a Jury

D) Plaintiff Request compensatory, putinive and monetary Damages to be awarded to Plaintiff against C.O. Jones, and C.O. Johnson For the assault and Battery and the unnleccessary use of Force of my person

9

E) Plaintiff Request that the courts to order the
   Defendents to allow plaintiff full access to the
Law Library (both seccession) where he could
further Litigate his case (Civil and criminal)
Plaintiff further request that plaintiff be
   given adequate supplies for he is indigent
and with out funds to purchase supplies
   PENCILs, PENs, PAPER, Postage (for Legal work only),
   Folders and Envelope manila. this request
is to go into Effect as soon as the court receive
plaintiff complaint

F) Plaintiff Request a RESTRAINING order against
   the defendent C.O. JONES and C.O JOHNSON

G) Plaintiff Request that "DR. JOHN DOE" AWARD
   Plaintiff Compensatory, Monetary and
   punitive Damages FOR NOT EXAMING me

H) Plaintiff REQUEST that the Following
   STAFF SUPERVISOR, EXECUTIVE officers be held
   RESPONSIBLE FOR the action of thier staff
      · Tom Dart      Cook County sheriff
      · DR. CARRington   CERMACK HEAlth Service MENtAl Dpt.
      · D. ANDREW      Superintendent
      · BROGAN      CApt
      · L. WARREN, C. Smith, Appeal BOARD Designee,

I, plaintiff request PER REcommend by psych Doctor that plaintiff be given A SNACK At Night FOR the MEDication makes plaint.ff hungey and Medication Must be taken ON a Full stomach (PEANut butter, Milk, Apple and Bread would – – Be suitAble)

VI    The plaintiff demands that The case be tried by a Jury  [✗] Yes  [ ] No

Certification

By Signing this Complaint, I certify that the facts Stated in this complaint are true to the best of my knowledge information, and belief. I understand that if this Certification is not correct I may be Santioned by the courts

Sign this 16th Day of January 2008