UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS

Jimmy Dale Miller
# 2007-0049271

plaintiff

-vs-

- C.O. Jones, C.O. John Doe
- C.O. Johnson
- Sheriff of Cook County Ill. Tom Dart
- Cook County Bureau of Health a/b/a Cermack Health Service
- Dr. John Doe
- Cermack Mental Health supervisor Dr. Carrington
- C. Smith Cermack Health Serv Sup.
- D. Andrews Superintendent
- Capt Brogan
- L Warren
- Grievance Appeal Board Designee "John or Jane Doe"
- Sgt. John Doe

Defendents

FILED
2-1-2008
FEB 1 2008 MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

In forma Pauperis Application And Financial Affidavit

**08C 0711**

CASE Number: (08 cv 711)

JUDGE:

JUDGE GETTLEMAN

MAGISTRATE JUDGE KEYS

I Jimmy Dale Miller, declare that I am the plaintiff in the above-entitled case. This affidavit constitutes my application. in support of my motion for appointment of counsel. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint. In support of this

application, I answer the following questions under penalty of perjury

1. Are you incarcerated?    Yes
   I.D. # 2007-0049271   Name of Prison or Jail: Cook County
   Do you receive any payment   No

2. Are you currently employed   No
   Monthly salary or wage
   Name and address of employer
   (A) If the answer is "No"
       Date of last employment: March 07
       Monthly salary or wages: $100 - $120.00
       Name and address of last Employer: Special Event
       1960 N. Clyborn, Chicago.
   (B) Are you married:   No
       Spouse's monthly salary or wages:   0
       Name and address of employer:   N/A

3. Apart from your income stated above in reponse to question 2, in the past 12 months have you or anyone else living at the same residence received more than $200 from any of the following sources?
   (A) Salary or wages                                              Yes
       Amount $200 - $305.00  Received by special wages
   (B) Business, Profession, other self-employment                  No
   (C) Rent payments, Interest, dividends                           No
   (D) Pensions, Social security annuities, life insurance, Disability, Workers, Compensation, Unemployment
       ☑ Welfare, Alimony or maintenance or child

Support

Amount $936    Received by Public Aid    ← ---- Yes

(E) Gifts or Inheritances                                    NO

(F) Any other sources (state source: ___)                    NO

4. Do you or anyone else living at the same residence have more than $200 in cash or checking or saving account    NO

5. Do you or anyone else living at the same residence own any real estate (house, apartment, condominiums, cooperatives, two-flats, three flats?    NO

6. Do you or anyone else living at the same residence own any stocks bonds securities or other financial instruments?    NO

7. Do you or anyone else living at the same residence own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000.00?    NO

8. List the person who are dependent on you for support state your relationship to each person and indicate how much you contribute monthly to their support
No dependents

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 11/21/07

*Jimmy Dale Miller*
Signature of Applicant

*Jimmy Dale Miller*
(Print Name)

---

**NOTICE TO PRISONERS:** <u>A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts.</u> Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by <u>each institution</u> where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

### CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, *Jimmy D. Miller*, I.D.# *200700049271*, has the sum of $ *0.02* on account to his/her credit at (name of institution) *CCDOC*. I further certify that the applicant has the following securities to his/her credit: *0*. I further certify that during the past six months the applicant's average monthly deposit was $ *1.16* (Add all deposits from all sources and then <u>divide by number</u> of months).

11/21/07
DATE

*J. A. Martinez*
SIGNATURE OF AUTHORIZED OFFICER

*J. A. MARTINEZ*
(Print name)

rev. 7/18/02

-3-



**TRANSACTION REPORT**
Print Date: 11/21/2007

Inmate Name: MILLER, JIMMY D.               Balance:    $0.02
Inmate Number: 20070049271
Inmate DOB: 6/25/1968

| Stamp | Transaction | Amount | Balance |
|---|---|---|---|
| 10/31/2007 | ORDER DEBIT | -0.40 | 0.02 |
| 07/26/2007 | ORDER DEBIT | -6.58 | 0.42 |
| 07/19/2007 | CREDIT TRANSFER | 7.00 | 7.00 |

© 2004 ARAMARK Corporation. All Rights Reserved

7 ( 4
2     30 /.75
—
4       20