UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MHN

FILED
2-1-2008
FEB 1 2008 MB

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Jimmy Dale Miller
#2007-0049271
            Plaintiff

-vs-

- C.O. Jones; C.O. John Doe
- C.O. Johnson
- Tom Dart sheriff of Cook County
- Cook County Bureau of Health - d/b/a Cermack Health Service Dir.
- Dr. John Doe
- Dr. Carrington
- C. Smith Cermack Health Service Sup
- D. Andrews Superintendent
- Brogan Captian
- L. Warren
- "John or Jane Doe" Grievance Appeal Board Designee
- Sgt "John Doe"    Defendents

Motion For Appointment Of Counsel
08CV711

08C 0711

CASE #

Judge
JUDGE GETTLEMAN

MAGISTRATE JUDGE KEYS

Motion for Appointment of Counsel

1. I Jimmy Dale Miller #2007-0049271 declare that I am the plaintiff in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the court to appoint counsel to represent me in this proceeding.

(A)

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding by contacting several pro-bono law firm by way United States Postal Services. The firms I've correspond to are as follow:

- Wildman Harrold Allen and Dixon
  225 W. Wacker Dr.
  Chicago, IL. 60606

- Seyforth Shaw Fairweather
  55 E. Monroe St
  Chicago, IL. 60603

- Wiston and Strawn
  35 W. Wacker Dr.
  Chicago, IL. 60603

- Lord Bissell and Brook
  115 S.
  Chicago, IL. 60603

3. In Further support of my motion plaintiff has also contacted the National Lawyer's Guild; the

(B)

United State Justice Department (in Chicago, IL... I declare that I am not currently, nor previously have been represented by an attorney appointed by the court in this or any civil or criminal proceeding before this court

4. In further support of my motion, I declare I have attached an original application to leave to proceed Informa Pauperis in the proceeding detailing my financial status

5. I declare under the penalty of perjury that the foregoing is true and correct

_Jimmy Dale Miller_
MOVENT

1/15/07
Date

P.O. Box 089002
Street address

Chicago, IL. 60608
City   State   Zip

(c)

as indicated in paragraph three on the preceeding page. I am currently or previously have been represented by an attorney appointed by this court in the civil or criminal action listed below

Assigned Judge: N/A
CASE Title: N/A
CASE #: N/A
Appointed Attorney's Name: N/A
if this case is still pending, please check box ☐

Respectfully Submitted

Jimmy Dale Miller

(2)



131 South Dearborn Street
Suite 2400
Chicago, IL 60603-5577




02 1A
0004343345
MAILED FROM ZIP C

lolA

Jimmy Dale Miller
#2007-0049271
Division 10-2B
P.O. Box 089002
Chicago, IL 60608



Jimmy Dale Miller # 2007-0049271
Div 10-2B (P.O. Box 089002)
Chicago, IL. 60608

101A

12

Lord Bissett & Brook L
115 South Lasalle Street
Chicago, IL. 60603
ATTN: Per-hours Dept. Ms. Diane 1. Jenning

d Mail

NIXIE   605   4C 1        22 12/
        RETURN TO SENDER
    NOT DELIVERABLE AS ADDRESSED
           UNABLE TO FORWARD
BC: 60608900102      *2942-12890-

FROM: Jimmy Dale Miller #2007-0044279
Division 10, 2B (P.O. Box 089002)
Chicago, IL. 60608

TO: Wildman Harrold Allen & Dixon
225 West Wacker Drive
Suite 2800   ATTN: Lisa S. Simmons
Chicago, IL. 60606

Seyfarth Shaw Fairweather & Geraldson
55 East Monroe Street
Chicago, IL. 60603
ATTN: Raymond Kelly

Winston & Strawn
35 West Wacker Drive
Chicago, IL. 60601
ATTN: Kimball R. Anderson

Loeb Bissell & Brook
115 South LaSalle Street
Chicago Illinois 60603
ATTN: Diane I. Jennings

ATTEN: Ladies & Gentlemen

I am writing your departments hoping that you would consider taking my case. I have no money and from what I hear the presiding judge won't assigned you an attorney unless you could prove to the courts that you had made several attempts (on my own) to obtain an attorney. So even if you decide you can not take the case, I would very much appreciate if you's would respond to this letter giving me proof that I did contact your firm seeking legal representation.

I do not know law and how to point out who is liable for the pain and suffering I've endured. Enclosed with this letter is copies of my grievance for one (and appeal) incident, and another grievance (and appeal) from a different incident they both are related. One grievance deals with the issue of being my medication (psychotrophics) for about 3 months after I → constantly complained about needing my medication

(2)

On October 18, 2007 I alearted the officer, that I had 52 pills and I will take them the pills if I dont get me my medication when he tried to come in I ingested the whole 52 pills. Out side the Housing unit there was a FEMAle Sgt and a superior officer armed with a gray Digital Camera filming my every move

He asked the officer around me "Who seen him take the pills?" My Gallery Officer C/O Haden stated "I seen him he had a hand full and swallowed them All"

Please see the illustration I Drawed depicting what Furthered happen to me... 1 - 17 pages

I was Beaten By 2 Black male office, Hog tied cuffed and Never was Examined For the Pills I consumed Instead I was seen by the Doctor and he stated "Oh you have a bloody mouth" and that was the Completion of my Examination.

When I got up stairs I was told by the Doctor that the Doctor Dont think I took the Pills then gave me A shot of Therozine in my Right arm

(5)

On 10/29/07 I filed a detainee Health Service Request form and told the Doctor (on 11/08/07) about the Suicide attempt that I was NEVER EXAMINED FOR CON suming the 52 pill. She said I'm going to request some Lab work because I need to Know if your Lung OR Kidneys weren't Damaged. She also prescribed me Pain MEDicAtion FOR my Neck And Armpit also muscle RELAxer.

On 11/08/07 I went to Cermac to get my Eye ExRAyed, blood tested, I should have the Results back in about 2 weeks

I will send you every Document I can for your consideration ... please represent me

Thank and have a safe and Happy thanks given

Respectfully  Jimmy Dale Miller

OC., Judge:
CC., Court clerk
CC., United state district Attorney
CC., Wildman Harrold Allen & Dixon Esq:
CC., Seyfarth Shaw Fairweather & Geraldson Esq:
C.C., Winston & Strawn Esq:
C.C., Lord Bissell & Brook Esq:
C.C., personal File:



131 South Dearborn Street
Suite 2400
Chicago, Illinois 60603
(312) 460-5000
fax (312) 460-7000
www.seyfarth.com

Writer's direct phone
(312) 460-5822

Writer's e-mail
rkelly@seyfarth.com

December 7, 2007

Jimmy Dale Miller
#2007-0049271
Division 10-2B
P.O. Box 089002
Chicago, IL 60608

Dear Mr. Miller:

    We will not be able to assist you as you have requested in your letter and I am returning your letter and enclosure to you herewith.

                        Very truly yours,

                        SEYFARTH SHAW LLP

                        Raymond J. Kelly, Jr.

Enclosure

853 510

CH1 11373354.1

BRUSSELS | WASHINGTON, D.C. | SAN FRANCISCO | SACRAMENTO | NEW YORK | LOS ANGELES | HOUSTON | CHICAGO | BOSTON | ATLANTA

Jimmy Dale Miller # 2007-0049241
P.O. Box 089002 (Div 10-2B)
Chicago,

CHICAGO IL 606
05 DEC 2007 PM 2 T

HAPPY HOLID

101 A

National Lawyers Guild
National office
143 Madison Ave 4th Flr.
Newyook, NY

(12)

NIXIE        100  CE 1        40  1
       RETURN TO SENDER
  NOT DELIVERABLE AS ADDRESSED
       UNABLE TO FORWARD
  BC: 60609900102    *2042-21510-

Legal Mail         10016+906009001