January 24, 08

08C711

Dear personell

FILED
FEB 0 1 2008
Feb 01 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

enclosed please find the following Documentation

- 3 page Letter seeking Representation (original)
- 3 Envelope and letter from law firm as proof that I tried to find a lawyer (original)
- 2 motions FOR appoint of counsel (Origin / copy)
- 2 informa Pauparis (Original / copy)
- 1 Complaint / 1 original
- 20 page illustration of what happened to me

Sir or mam I dont know the law and really dont know rather or not if I am doing what I'm suppose to do all I can say is that they beat me pretty bad in fact my Father have never beat me the way they beated me all I want is For them to pay For what they did to me (as well as others... Justice)

if you can send a copy of the illustration to the judge I would appreciate if if its not allowed would you please send then back to me

Respectfully Submitted   Thank you

Jimmy Dale Miller