08 C 711 (Judge Gettleman)

EXHIBITS

FILED

FEB 0 1 2008

FEB 01 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT



this is me showing officer that
I had 52 pill then I consume
then when he told me to cuff up







C/O Johnson (Bald white male)
is Removing Hand cuff
so that I can sign
a consent form to be
seen by the doctor the cuff was
removed and I signed

Black Female
Nurse





this is me trying to Remove
C.O. JONES hands From around my
Neck I couldn't breathe At the same
Time C.O. JOHNSON was punching me in my
stomach





Hispanic officer
at the Desk
Name unknown

C.O. JOHNSON

Blood →

outside in the corridor I was cuffed Like A Hog TiE
C.O. JOHNSON Punched ME in my FACE several times
REAlly hEArd My NOSE And Mouth Started to Bleed I Am
RECOVERIng FROM AN EYE INJury when they Hit me in my FACE it made my INjury worse



C.O. Johnson dragged me away from the Desk to A Secluded Area By the Elevator and I was left there



C·O· Johnson look at my face on Both sides to see if I had
Any Bruises then struck me several more times this time
he also had on Black gloves there was Blood on the Floor and he wiped
it up



the Hogtie WAR REMoved FRom me and I was taken Back
INto the WAiting AREA with the other INmates



C.D. JONES CAme iN to Look At my fACE
he Looked on both sides and walked
AWay



A Big sgt. ~~Teacher~~ white male
Came in And Asked me whats up?
he looked At Both side of my Face
and Also walked off he didn't
even give me a chance to tell
his what had happened..



I WAS Baught in to see the Doctor
The Fact that I swallowed 52 pills
WAS Never mentioned infact when
I went to The psych unit
I was told by the Doctor (psych
Indian lady) that the Doctor dosn't think
I took the pills I was Never EXamined !

Psych unit

Doctors AT Desk

19

C.O. Johnson holding me

This is Doctor giving
A shot of theorzin shot
MY ARM WAS SORE and swollen
FOR ABOUT A WEEK

