IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| Jimmie Dale Miller, )<br>     *Plaintiff*, )<br> )<br>v. )<br> )<br>John Doe, *et al.*, )<br>     *Defendants*. )<br> ) | Case No. 08-CV-711<br><br>Hon. Robert W. Gettleman |

## PLAINTIFF'S COUNSEL'S MOTION FOR SUBSTITUTION OF COUNSEL

Matthew J. O'Hara, court-appointed counsel for Plaintiff, respectfully moves for leave to withdraw as counsel for Plaintiff in this matter and for his partner, Henry Pietrkowski, to substitute as counsel for Plaintiff in his place. In support of his motion, Mr. O'Hara states as follows:

1.     Mr. O'Hara is extremely cognizant of his obligations to the Court as a member of the Trial Bar to represent indigent persons in need of legal services. He regretfully makes this motion because of the extremely heavy *pro bono* commitment for which he is presently responsible. (*See* Declaration of Matthew J. O'Hara, attached as Ex. A.)

2.     Mr. O'Hara's partner, Henry Pietrkowski, is a capable member of this Court's Trial Bar and is willing to substitute for Mr. O'Hara as counsel for Plaintiff. Mr. Pietrkowski is experienced in matters relating to the representation of prisoners and in claims pursuant to 42 U.S.C. § 1983, and is willing and available to serve in this matter.

WHEREFORE, for all of the above reasons and those set forth in the attached Declaration, Matthew J. O'Hara respectfully requests that the Court: (1) allow him leave to

- 2 -

withdraw as counsel for Plaintiff; (2) substitute Henry Pietrkowski as counsel for Plaintiff in this action; and (3) grant such other and further relief as is just and appropriate in the circumstances.

DATED: February 12, 2008

        Respectfully submitted,

        s/ Matthew J. O'Hara
        Matthew J. O'Hara (Bar No. 6237795)
        REED SMITH LLP
        10 South Wacker Drive
        Chicago, IL  60606
        (312) 207-1000
        mohara@reedsmith.com