# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| Jimmie Dale Miller, *Plaintiff*, v. John Doe, *et al.*, *Defendants*. | Case No. 08-CV-711 Hon. Robert W. Gettleman |

## DECLARATION OF MATTHEW J. O'HARA

Matthew J. O'Hara, first being duly sworn, declares as follows pursuant to 28 U.S.C. § 1746:

1. I am an attorney licensed to practice law in the state of Illinois, and I am admitted to practice before the Bar and the Trial Bar of this Court. I am a partner in the law firm of Reed Smith LLP.

2. On February 7, 2008, I was notified that the Honorable Robert W. Gettleman appointed me to represent the Plaintiff in the above-captioned matter pursuant to Local Rule 83.37.

3. I am very cognizant of my obligations to the Court as a member of the Trial Bar to serve as court-appointed counsel to persons without the financial resources to hire an attorney. I have previously acted as court-appointed counsel to parties in actions pending before the Court. I am making this declaration in support of my respectful request to be relieved of this appointment in this particular case and to substitute one of my partners, Henry Pietrkowski, who is also a member of the Trial Bar and able to serve the Court in this matter. My request is based upon my present *pro bono* commitment, which is extraordinarily heavy at this time.

4.   In 2007, I devoted approximately 500 hours to providing *pro bono* legal services. These hours related to: (1) leading a team of lawyers in my firm in representing three men who have been detained for six years without charge at the prison at the United States Naval Station in Guantánamo Bay, Cuba, and (2) representing Samuel Morgan, who was sentenced to death in Illinois in 1983, and who is presently serving a sentence of natural life without parole in the Illinois Department of Corrections. I provide more detail regarding each of these representations below.

5.   In the Guantánamo Bay cases, we have been involved in litigation in both the United States District Court for the District of Columbia and the United States Court of Appeals for the District of Columbia. We also have engaged in media, diplomatic, and humanitarian efforts on our clients' behalf. We visit each of our clients every three months. Each trip takes four to five full days for client meetings and travel. I made three such trips in 2007. I have made one trip thus far in 2008, and expect to make three additional trips to Guantánamo Bay in the rest of 2008. In addition, I possess a security clearance from the United States government. To review classified information about our clients, we are required to visit a secure facility in the Washington, D.C. area. In December 2007 and January 2008, I made three trips to Washington to review classified information. I expect further such trips as part of our representation.

6.   I have represented Samuel Morgan on a *pro bono* basis for eleven years. *See People v. Morgan*, 719 N.E.2d 681 (Ill. 1999); *People ex rel. Madigan v. Snyder*, 804 N.E.2d 546 (Ill. 2004); *People v. Morgan*, 817 N.E.2d 524 (Ill. 2004); *People v. Morgan*, 875 N.E.2d 6 (Ill. App. Ct. 2007). My firm and I have a continuing commitment to Mr. Morgan's representation, and plan on filing a petition for a writ of *habeas corpus* on his behalf in this Court concerning his convictions in the coming months.

7. I estimate that in 2008, my *pro bono* hours for the Guantánamo Bay and Morgan matters will again be approximately 500 hours. While maintaining that commitment, I am also obligated to my firm to meet certain targets for annual hours in matters that are not related to the provision of *pro bono* legal services.

8. I sincerely regret asking the Court to be relieved of the appointment in this matter, and look forward to being of service to the Court in the future.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                                                                                   */s/ Matthew J. O'Hara*
                                                                                                    Matthew J. O'Hara

Dated: February 12, 2008