IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Jimmie Dale Miller,<br><br>*Plaintiff,*<br><br>v.<br><br>John Doe, *et al.,*<br><br>*Defendants.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 08-CV-711<br><br>Hon. Robert W. Gettleman |

## NOTICE OF MOTION

TO: Jimmie Dale Miller
#2007-0049271
Cook County Jail
P.O. Box 089002
Chicago, IL 60608

**PLEASE TAKE NOTICE** that on Tuesday, February 19, 2008, at 9:15 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Robert W. Gettleman, in the United States Courthouse, 219 South Dearborn Street, Room 1703, Chicago, Illinois, and then and there present the attached **Plaintiff's Counsel's Motion for Substitution of Counsel,** a copy of which is hereby served upon you.

s/ Matthew J. O'Hara
Matthew J. O'Hara (Bar No. 6237795)
REED SMITH LLP
10 South Wacker Drive
Chicago, IL 60606
(312) 207-1000
mohara@reedsmith.com

## CERTIFICATE OF SERVICE

    I hereby certify that on February 12, 2008, a copy of the foregoing **Notice of Motion** (and attached Plaintiff's Counsel's Motion for Substitution of Counsel) will be served, via messenger delivery, on Jimmie Dale Miller, #2007-0049271, Cook County Jail, P.O. Box 089002, Chicago, Illinois 60608.

                                            s/ Matthew J. O'Hara
                                            Matthew J. O'Hara (Bar No. 6237795)
                                            REED SMITH LLP
                                            10 South Wacker Drive
                                            Chicago, IL  60606
                                            (312) 207-1000
                                            mohara@reedsmith.com