# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 711 | **DATE** | 2/21/2008 |
| **CASE TITLE** | Jimmie Dale Miller    Vs    John Doe | | |

**DOCKET ENTRY TEXT:**

Plaintiff's motion [9] for substitution of counsel is granted. Leave is granted to Matthew J. O'Hara to withdraw. Leave is granted to Henry Pietrkowski to file his appearance as substitute counsel for plaintiff.

[Docketing to mail notice]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|