UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JIMMIE DALE MILLER,

        Plaintiff,

v.

C.O. JOHN DOE, et al.,

        Defendants.

No.: 1: 08-CV-00711
Honorable Judge Gettleman

**MOTION FOR LEAVE TO ISSUE SUBPOENAS AND FOR
EXTENSION OF TIME TO FILE AMENDED COMPLAINT**

Plaintiff Jimmie Dale Miller ("Mr. Miller"), by and through his undersigned court-appointed counsel, moves this Honorable Court for an order granting leave to issue document subpoenas to the Cook County Department of Corrections and Cermak Health Services, and for a 45-day extension of time to file an Amended Complaint in this matter. In support of this motion, Plaintiff states as follows:

1. Mr. Miller is a pre-trial detainee, who has been housed at the Cook County Department of Corrections facility located in Chicago, Illinois since July 2007.

2. On February 1, 2008, Mr. Miller filed a *pro se* action in this Court pursuant to 42 U.S.C. § 1983 alleging, among other things, that: (1) his requests for psychotropic medications were ignored, resulting in a suicide attempt; (2) he was not properly treated for his suicide attempt; (3) instead, he was brutally beaten and hog-tied by jail guards; (4) he was then denied medical treatment for the injuries sustained in the beating; and (5) he was denied access to the law library and intimidated from filing grievances and lawsuits. Mr. Miller also filed a motion for appointment of counsel.

3. On February 7, 2008, the Court granted Mr. Miller's motion for appointment of counsel and appointed Matthew J. O'Hara of Reed Smith LLP to represent Mr. Miller. The Court also dismissed the original complaint and stated, "After investigation, appointed counsel should file an amended complaint within sixty days if such amendment comports with counsel's obligations under Rule 11 of the Federal Rules of Civil Procedure." (Feb. 7, 2007 Order.) No summonses were issued to any of the named Defendants at that time.

4. Due to numerous other *pro bono* commitments, Matthew J. O'Hara was unable to undertake the representation of Mr. Miller. Therefore, on February 22, 2008, the Court granted Plaintiff's motion for substitution of counsel, allowing Henry Pietrkowski, another partner at Reed Smith LLP, to represent Mr. Miller. Shortly thereafter, Mr. Pietrkowski filed an appearance, along with another Reed Smith attorney, Kendric M. Cobb.

5. Mr. Pietrkowski and Mr. Cobb have been in constant contact with Mr. Miller since that time, including three in-person meetings with him to investigate this action. Counsel also have reviewed all pertinent documents in Mr. Miller's possession and have otherwise exerted diligent efforts to investigate Mr. Miller's claims.

6. In furtherance of their factual investigation regarding the appropriate claims and parties to be named in the Amended Complaint, appointed counsel wish to have an opportunity to review Mr. Miller's medical records, master jail records, and certain related documents from the Cook County Department of Corrections and Cermak Health Services.

7. Accordingly, Plaintiff moves this Honorable Court for leave to issue the two subpoenas attached hereto as Exhibits A and B, one to the Cook County Department of Corrections and the other to Cermak Health Services.

8. Plaintiff further requests an extension of time until May 22, 2008 -- an additional

forty-five (45) days beyond the current deadline of April 7, 2008 – to obtain and review the subpoenaed records and to file an appropriate Amended Complaint with the Court. This is the first request for such an extension, and is justified by the following reasons: (i) Henry Pietrkowski was not substituted as counsel for Mr. Miller until February 22, 2008 -- 14 days after the initial appointment of Mr. O'Hara; (ii) the additional time will allow appointed counsel to serve subpoenas and obtain records that will help clarify the issues in this case and help counsel comply with their Rule 11 obligations; and (iii) no defendant will be prejudiced by this extension because no summons have yet been issued in this matter.

WHEREFORE, Jimmie Dale Miller prays for an order:

(a) Granting his appointed counsel leave to issue subpoenas to the Cook County Department of Corrections and the Cermak Health Services in substantially the form attached as Exhibits A and B hereto;

(b) Granting Plaintiff an extension of time until and including May 22, 2008, to file an appropriate Amended Complaint with the Court; and

(c) Granting such other and further relief as the Court deems appropriate.

Dated: March 26, 2008

Respectfully submitted,

By: ___s/ Kendric M. Cobb___
Henry Pietrkowski (IL #6230048)
Kendric M. Cobb (IL #6282673)
REED SMITH LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Telephone: +1 312 207 1000
Facsimile: +1 312 207 6400

*Counsel for Plaintiff* Jimmie Dale Miller