**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Jimmie Dale Miller
                      Plaintiff,

v.                                        Case No.: 1:08−cv−00711
                                        Honorable Robert W. Gettleman

John Doe, et al.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 3, 2008:

      MINUTE entry before Judge Honorable Robert W. Gettleman: Status hearing date of 4/29/2008 is stricken. mailed notice (gds, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.