## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 711 | **DATE** | 3/28/2008 |
| **CASE TITLE** | Jimmy Dale Miller    vs    John Doe, et al | | |

**DOCKET ENTRY TEXT:**

Plaintiff's motion [14] for leave to issue subpoenas is granted and for extension of time to file amended complaint is granted.   Plaintiff is given leave to file an amended complasint by 5/22/2008.  Status hearing is set for 5/22/2008, at 9:00 a.m.

[Docketing to mail  notice]

00:04

| | Courtroom Deputy | GDS |
|---|---|---|