IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Jimmy Dale Miller,<br><br>*Plaintiff,*<br><br>v.<br><br>John Doe, *et al.,*<br><br>*Defendants.* | )<br>)<br>)<br>)<br>)  Case No. 08-CV-711<br>)<br>)  Hon. Robert W. Gettleman<br>)<br>)<br>) |

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that on Monday, June 30, 2008 we caused to be filed with the Clerk of the Court the attached **Proof of Service on Cook County**.

By: _____/s/ Kendric M. Cobb_____
    Henry Pietrkowski (IL #6230048)
    Kendric M. Cobb (IL #6282673)
    REED SMITH LLP
    10 South Wacker Drive
    Chicago, IL  60606-7507
    Telephone:  +1 312 207 1000
    Facsimile:   +1 312 207 6400

*Counsel for Plaintiff* Jimmy Dale Miller

# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ILLINOIS

**JIMMIE DALE MILLER.,**

**Plainitff**

**SUMMONS IN A CIVIL CASE**

v.

CASE NUMBER: 1: 08-CV-00711

**COOK COUNTY, ILLINOIS, et al**

ASSIGNED JUDGE: ROBERT W. GETTLEMAN

**Defendants**

MAGISTRATE JUDGE:

TO:

Cook County, Illinois
c/o David Orr, County Clerk
69 W. Washington St., 5th Floor
Chicago, IL 60602

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEYS:

Henry Pietrkowski
Kendric M. Cobb
REED SMITH LLP
10 South Wacker Drive, 40th Floor
Chicago, Illinois 60606
(312) 207-1000

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS
CLERK

_Paula Harrison_
(By) DEPUTY CLERK

JUN 2 6 2008
DATE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ILLINOIS
CASE NO. **1:08-CV-00711**
AFFIDAVIT OF SPECIAL PROCESS SERVER

**Justin Turner**, being first duly sworn on oath deposes and says that he served process in the above mentioned cause.
That he served the within:

( X ) Summons & Complaint
(   ) Citation to Discover Assets
(   ) Rule to Show Cause
(   ) Subpoena
(   ) Other:

1. (   ) By leaving a copy with the named party, ------- personally on -------.

2. (   ) On the within named party, -------, by leaving a copy with -------, -------, who states that they are a member of the household on -------, and informed that person of the contents thereof, and that further he mailed a copy of same in a sealed envelope with postage prepaid addressed to the party on -------.

3. ( X ) On the within party, **Cook County, Illinois c/o David Orr, County Clerk** by leaving a copy with **Elaine Vagena, Administrative Assistant and Authorized Person**, on **May 26, 2008**, and informed that person of the contents thereof.

4. ( X ) That the sex, race and approximate age of the person with whom he left the documents were as follows:

SEX: **Female**      RACE: **Caucasian**      APPROXIMATE AGE: **50**

5. ( X ) That the place where and the time of day when the documents were served were as follows:

PLACE: **69 W. Washington St., 5th Floor, Chicago, IL 60602**
TIME OF DAY: **2:57 PM**

6. (   ) That he was unable to serve the within named party ------- located at ------- for the reason: -------

Signed and Sworn to before me
This **27**th day of **June 2008**.

Justin Turner
Special Process Server
IT'S YOUR SERVE, INC.
Private Detective No. 117-000885

OFFICIAL SEAL
FELICIA CONROY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/19/11