IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Jimmy Dale Miller, | ) |
| *Plaintiff,* | ) ) ) ) |
| v. | ) Case No. 08-CV-711 |
| John Doe, *et al.,* | ) ) ) Hon. Robert W. Gettleman |
| *Defendants.* | ) ) ) |

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that on Tuesday, July 8, 2008 we caused to be filed with the Clerk of the Court the attached **Amended Proof of Service on Cook County**.

By: /s/ Kendric M. Cobb
Henry Pietrkowski (IL #6230048)
Kendric M. Cobb (IL #6282673)
REED SMITH LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Telephone: +1 312 207 1000
Facsimile: +1 312 207 6400

*Counsel for Plaintiff* Jimmy Dale Miller

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ILLINOIS**
CASE NO. **1:08-CV-00711**
AMENDED AFFIDAVIT OF SPECIAL PROCESS SERVER

**Justin Turner**, being first duly sworn on oath deposes and says that he served process in the above mentioned cause.
That he served the within:

( X ) Summons & Complaint
(   ) Citation to Discover Assets
(   ) Rule to Show Cause
(   ) Subpoena
(   ) Other:

1.　(　) By leaving a copy with the named party, ------- personally on -------.

2.　(　) On the within named party, -------, by leaving a copy with -------, -------, who states that they are a member of the household on -------, and informed that person of the contents thereof, and that further he mailed a copy of same in a sealed envelope with postage prepaid addressed to the party on -------.

3.　( X ) On the within party, **Cook County, Illinois c/o David Orr, County Clerk** by leaving a copy with **Elaine Vagena, Administrative Assistant and Authorized Person**, on **June 26, 2008**, and informed that person of the contents thereof.

4.　( X ) That the sex, race and approximate age of the person with whom he left the documents were as follows:

SEX: **Female**　　　RACE: **Caucasian**　　　APPROXIMATE AGE: **50**

5.　( X ) That the place where and the time of day when the documents were served were as follows:

PLACE: **69 W. Washington St., 5th Floor, Chicago, IL 60602**
TIME OF DAY: **2:57 PM**

6.　(　) That he was unable to serve the within named party ------- located at ------- for the reason: -------

Signed and Sworn to before me
This **7**th day of **July 2008**.

Justin Turner
Special Process Server
IT'S YOUR SERVE, INC.
Private Detective No. 117-000885

OFFICIAL SEAL
FELICIA CONROY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/19/11