## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| JIMMY DALE MILLER, an individual | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 711 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Robert W. Gettleman |
| COOK COUNTY, ILLINOIS, an Illinois Municipal corporation; SHERIFF'S CORRECTIONAL OFFICER JOHNNY, JONES, in his individual and official Capacities; SHERIFF'S CORRECTIONAL OFFICER ELTON JOHNSON, in his Individual and official capacities; SHERIFF'S CORRECTIONAL OFFICER CODDINGTON, in his individual and official Capacities; UNKNOWN COOK COUNTY PHYSICIAN, in his individual and official Capacities; and DR. STEIN, in her individual And official capacities, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## MOTION TO ENLARGE THE TIME PERIOD
## IN WHICH TO MOVE, ANSWER OR OTHERWISE PLEAD

Defendant COUNTY OF COOK, through its attorney, RICHARD A. DEVINE, State's Attorney of Cook County, by his assistant, Jack G. Verges, Assistant State's Attorney, pursuant to Federal Rule of Civil Procedure 6(b)(1), move this Honorable Court to enlarge the time period in which to answer or otherwise plead up to and including August 15, 2008. In support, defendant states:

 1. Plaintiff filed first amended complaint on June 23, 2008.

 2. Defendant County of Cook was served on June 26, 2008.

 3. Defendant County of Cook requested representation from the Cook County State's Attorney's Office and the undersigned was assigned to represent them on July 10, 2008.

2

    4.    The undersigned has ordered Cook County Sheriff Department as well as medical records that may be germane to plaintiff's claims.

    5.    These records were requested on July 10, 2008, and they must be reviewed in order for the defendants' to answer or otherwise plead.

    6.    The undersigned attorney is not being dilatory in bringing this motion, and apologizes to this Honorable Court for any inconvenience that this delay may cause.

**WHEREFORE**, the defendant respectfully requests that this Honorable Court grant an enlargement of time up to and including August 15, 2008 to move, answer or otherwise plead in this matter.

Respectfully submitted,
RICHARD A. DEVINE
State's Attorney of Cook County

By:    s/ Jack G. Verges #6186215
Jack G. Verges, Assistant State's Attorney
500 Richard J. Daley Center
Chicago, Illinois 60602