UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JIMMY DALE MILLER, an individual | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 711 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Robert W. Gettleman |
| COOK COUNTY, ILLINOIS, an Illinois Municipal corporation; SHERIFF'S CORRECTIONAL OFFICER JOHNNY, JONES, in his individual and official Capacities; SHERIFF'S CORRECTIONAL OFFICER ELTON JOHNSON, in his Individual and official capacities; SHERIFF'S CORRECTIONAL OFFICER CODDINGTON, in his individual and official Capacities; UNKNOWN COOK COUNTY PHYSICIAN, in his individual and official Capacities; and DR. STEIN, in her individual And official capacities, | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION TO ENLARGE THE TIME PERIOD IN WHICH TO MOVE, ANSWER OR OTHERWISE PLEAD**

**TO:** Service List

**YOU ARE HEREBY NOTIFIED** that on July 22, 2008 at 9:15 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Robert W. Gettleman in the courtroom usually occupied by him, Room 1703, Federal Building 219 S. Dearborn, Chicago, Illinois, and move to present the attached motion entitled: **MOTION TO ENLARGE THE TIME PERIOD IN WHICH TO MOVE, ANSWER, OR OTHERWISE PLEAD.**

Respectfully submitted,
RICHARD A. DEVINE
State's Attorney of Cook County

By:  s/ Jack G. Verges #6186215
Jack G. Verges, Assistant State's Attorney
500 Richard J. Daley Center
Chicago, Illinois 60602

## CERTIFICATE OF SERVICE

      I, Jack G. Verges, Assistant State's Attorney, certify that I served this notice by delivering it to the persons/parties on the service list, at their addresses as listed, by first class mail, depositing it in the U.S. Mail at 500 Richard J. Daley Center, Chicago, Illinois 60602, postage prepaid, before 5:00 p.m. on July 14, 2008.

                                              By: <u>s/ Jack G. Verges #6186215</u>
                                                       Jack G. Verges

## **SERVICE LIST**

Henry Pietrkowski
Reed Smith LLP
10 South Wacker Drive
40th Floor
Chicago, IL 60606
(312) 207-1000

Kendric Maurice Cobb
Reed Smith LLP
10 South Wacker Drive
40th Floor
Chicago, IL 60606
(312) 207-1000

Matthew John O'Hara
Reed Smith LLP
10 South Wacker Drive
40th Floor
Chicago, IL 60606
(312) 207-1000