UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Jimmie Dale Miller
                              Plaintiff,

v.                                           Case No.: 1:08−cv−00711
                                                                 Honorable Robert W. Gettleman

Cook County, Illinois, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 22, 2008:

      MINUTE entry before the Honorable Robert W. Gettleman: Defendant's motion for extension of time [25] to 8/15/2008 to answer or otherwise plead to the amended complaint is granted. Status hearing held on 7/22/2008. Joint status report is due by 8/22/2008. Status hearing set for 8/28/2008 at 9:00 a.m. Mailed notice (gds, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.