UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JIMMY DALE MILLER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>COOK COUNTY, ILLINOIS, an Illinois municipal corporation; SHERIFF'S CORRECTIONAL OFFICER JOHNNY JONES, in his individual and official capacities; SHERIFF'S CORRECTIONAL OFFICER ELTON JOHNSON, in his individual and official capacities; SHERIFF'S CORRECTIONAL OFFICER CODDINGTON, in his individual and official capacities; UNKNOWN PHYSICIAN in his individual and official capacities; and DR. STEIN, in her individual and official capacities,<br><br>Defendants. | No.: 1:08-CV-00711<br><br>Honorable Judge Robert W. Gettleman |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE
<u>SECOND AMENDED COMPLAINT *INSTANTER*</u>**

Plaintiff Jimmy Dale Miller ("Mr. Miller"), by and through his undersigned counsel, moves this Honorable Court for an order granting him leave to file the attached Second Amended Complaint attached hereto as Exhibit 1. In support of this motion, Plaintiff states as follows:

1.  On February 1, 2008, Mr. Miller filed a *pro se* action in this Court pursuant to 42 U.S.C. § 1983 alleging, among other things, that: (1) his requests for psychotropic medications were ignored, resulting in a suicide attempt; (2) he was not properly treated for his suicide attempt; (3) instead, he was brutally beaten and hog-tied by jail guards; (4) he was then denied

2199369.2

medical treatment for the injuries sustained in the beating; and (5) he was denied access to the law library and intimidated from filing grievances and lawsuits. Mr. Miller also filed a motion for appointment of counsel.

2.    On February 7, 2008, the Court granted Mr. Miller's motion for appointment of counsel, and subsequently appointed Henry Pietrkowski, a partner at Reed Smith LLP, to represent Mr. Miller. Shortly thereafter, Mr. Pietrkowski filed an appearance, along with another Reed Smith attorney, Kendric M. Cobb.

3.    Plaintiff's counsel commenced an investigation into Plaintiff's claims and, pursuant to this Court's directive, filed a First Amended Complaint on June 23, 2008.

4.    Defendant Cook County was properly served and is represented by Jack Verges, an Assistant State's Attorney for Cook County, who filed an appearance on July 14, 2008.

5.    The remaining defendants remain unserved as of the date of this filing, due to the fact that Plaintiff lacked sufficient information to locate these defendants for the purpose of serving them.

6.    On or about July 11, 2008, the United States Department of Justice Civil Rights Division concluded its exhaustive investigation into the operation of the Cook County Jail and issued a report determining that constitutional violations of the kind complained about by Plaintiff were rampant and systemic (the "DOJ Report"). Plaintiff's counsel provided Cook County's counsel with a courtesy copy of the DOJ Report at the July 22, 2008 status hearing in this matter.[1]

7.    Cook County filed a motion to dismiss the First Amended Complaint on August

---

[1] A copy of the DOJ Report is attached as Exhibit A to the Second Amended Complaint, which is attached to this motion as Exhibit 1.

15, 2008 alleging, among other things, that Cook County is not a proper defendant because it is not responsible for the Cook County Jail.

8. However, in light of the DOJ Report, which was published *after* Plaintiff filed his First Amended Complaint, Plaintiff now requests leave to file the Second Amended Complaint attached hereto as Exhibit 1. Among other things, the proposed Second Amended Complaint alleges, based on the DOJ Report, that Plaintiff was denied adequate medical care because of a pattern, practice, custom and/or policy of Cook County and its division, the Cook County Bureau of Health.

9. The Second Amended Complaint also (i) seeks to add Sheriff Tom Dart, Cook County Bureau of Health Services and Cermak Health Services of Cook County as a defendants, (ii) clarifies the full names of Sheriff's Correctional Officer John Coddington and Dr. Leslie Stein, and (iii) names the previously unknown defendant, Dr. Andrew DeFuniak.

10. Fed. R. Civ. P. 15(a) provides that "leave [to file an amended complaint] should be freely given when justice so requires." Fed. R. Civ. P. 15(a) (West 2008). It is well settled that the complaint merely serves to put the defendant on notice and is to be freely amended as the case develops, as long as amendments do not unfairly surprise or prejudice the defendant. *Ash v. Wallenmeyer*, 879 F.2d 272, 274 (7th Cir. 1989); *Walton v. Jennings Cmty. Hosp.*, 875 F.2d 1317, 1320-21 n. 3 (7th Cir. 1989).

11. This litigation is in its early stages and Cook County would not be prejudiced or surprised by the proposed amendment. None of the other Defendants have been served with process and would likewise suffer no prejudice by allowing the proposed amendment.

WHEREFORE, Plaintiff Jimmy Dale Miller prays for an order:

(a) granting him leave to file the Second Amended Complaint attached as Ex. 1;

- 4 -

(b) deeming the Second Amended Complaint filed *instanter*; and

(c) granting such other and further relief as the Court deems appropriate.

Dated: August 22, 2008                                   Respectfully submitted,

By: ___s/ Henry Pietrkowski_____
Henry Pietrkowski (IL #6230048)
Kendric M. Cobb (IL #6282673)
REED SMITH LLP
10 South Wacker Drive
Chicago, IL  60606-7507
Telephone:  +1 312 207 1000
Facsimile:   +1 312 207 6400

*Counsel for Plaintiff* Jimmy Dale Miller