IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JIMMY DALE MILLER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>COOK COUNTY, ILLINOIS, an Illinois municipal corporation; SHERIFF'S CORRECTIONAL OFFICER JOHNNY JONES, in his individual and official capacities; SHERIFF'S CORRECTIONAL OFFICER ELTON JOHNSON, in his individual and official capacities; SHERIFF'S CORRECTIONAL OFFICER CODDINGTON, in his individual and official capacities; UNKNOWN PHYSICIAN in his individual and official capacities; and DR. STEIN, in her individual and official capacities,<br><br>Defendants. | No.: 1:08-CV-00711<br><br>Honorable Judge Robert W. Gettleman |

## NOTICE OF MOTION

TO: Jack G. Verges
Assistant State's Attorney
State's Attorney of Cook County
500 Richard J. Daley Center
Chicago, IL 60602

**PLEASE TAKE NOTICE** that on August 28, 2008, at 9:15 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Robert W. Gettleman, in the United States Courthouse, 219 South Dearborn Street, Room 1703, Chicago, Illinois, and then

CHILIB-2199839.1-KMCOBB-999933-00231

and there present the attached **Plaintiff's Motion for Leave to File Second Amended Complaint** *Instanter*, a copy of which is hereby served upon you.

By: s/ Kendric M. Cobb
Henry Pietrkowski (IL #6230048)
Kendric M. Cobb (IL #6282673)
REED SMITH LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Telephone: +1 312 207 1000
Facsimile: +1 312 207 6400

*Counsel for Plaintiff* Jimmy Dale Miller

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2008, I caused a true and correct copy of the foregoing **Notice of Motion** to be filed via the Court's CM/ECF system, which will send notification to:

> Jack G. Verges
> Assistant State's Attorney
> State's Attorney of Cook County
> 500 Richard J. Daley Center
> Chicago, IL 60602
> jverges@cookcountygov.com

By: ___s/ Kendric M. Cobb___
Henry Pietrkowski (IL #6230048)
Kendric M. Cobb (IL #6282673)
REED SMITH LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Telephone: +1 312 207 1000
Facsimile: +1 312 207 6400

*Counsel for Plaintiff* Jimmy Dale Miller