UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JIMMY DALE MILLER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>COOK COUNTY, ILLINOIS, an Illinois municipal corporation; SHERIFF'S CORRECTIONAL OFFICER JOHNNY JONES, in his individual and official capacities; SHERIFF'S CORRECTIONAL OFFICER ELTON JOHNSON, in his individual and official capacities; SHERIFF'S CORRECTIONAL OFFICER CODDINGTON, in his individual and official capacities; UNKNOWN PHYSICIAN in his individual and official capacities; and DR. STEIN, in her individual and official capacities,<br><br>Defendants. | No.: 1:08-CV-00711<br><br>Honorable Judge Robert W. Gettleman |

**MOTION FOR LEAVE TO ISSUE EXPEDITED DISCOVERY LIMITED TO IDENTIFYING INFORMATION NECESSARY FOR SERVICE OF PROCESS**

Plaintiff Jimmy Dale Miller ("Mr. Miller"), by and through his undersigned counsel, moves this Honorable Court for an order granting him leave to issue the single discovery request attached hereto as Exhibit A. In support of this motion, Plaintiff states as follows:

1. Plaintiff filed his First Amended Complaint on June 23, 2008.

2. Defendant Cook County was served with process on or about June 26, 2008.

3. Cook County is the only defendant who has been served with process. Plaintiff has been unable to serve the individual defendants because Cook County's counsel has not agreed to accept service on their behalf, and Plaintiff lacks sufficient information to determine

2199495.1

their locations.

4.     Plaintiff is filing a motion for leave to file its Second Amended Complaint simultaneously with this motion, which clarifies the proper defendants to be served in this action.

5.     Should the Court grant Plaintiff leave to file the Second Amended Complaint, Plaintiff also requests leave to issue the single interrogatory attached hereto as Exhibit A[1]. This single interrogatory is intended to discover identifying information sufficient to serve all of the remaining defendants within the 120 day time frame provided in Fed. R. Civ. P. 4(m).

6.     This Court has the power to allow discovery in advance of a Fed. R. Civ. P. 26(f) conference for the purposes of identifying unknown defendants. *Vance v. Rumsfeld*, No. 06 C 6964, 2007 WL 4557812, *5 (N.D. Ill. Dec. 21, 2007); *Gillespie v. Civiletti*, 629 F.2d 637, 642 (9th Cir. 1980). While there is no set criteria for deciding whether early discovery is warranted, fairness to all parties is of paramount concern. *Merrill Lynch, Pierce, Fenner, Smith v. O'Connor*, 194 F.R.D 618, 623-24 (N.D. Ill. 2000).

7.     Granting leave to issue a single interrogatory to Cook County that would allow Plaintiff to properly serve all of the remaining defendants is fair to all parties, and is the most efficient means of moving this case forward. By allowing such discovery, Plaintiff can comply with his Rule 4(m) service obligations, and judicial economy will be promoted by ensuring that all parties are served before fact discovery deadlines are imposed. This will prevent any backtracking and duplicative discovery that might otherwise occur.

WHEREFORE, Plaintiff Jimmy Dale Miller prays for an order:

(a)     granting him leave to issue the discovery request attached as Exhibit A;

---

[1] In the event that Cook County lacks sufficient information to provide a full answer to the single interrogatory, Plaintiff seeks leave to issue a subpoena to Tom Dart, Sheriff of Cook County requesting the identities of the unserved defendants.

- 3 -

(b) ordering Cook County to respond to the request within 14 days of this Court's Order; and

(c) granting such other and further relief as the Court deems appropriate.

Dated: August 22, 2008
                                                 Respectfully submitted,

                                                 By: ___s/ Henry Pietrkowski___
                                                 Henry Pietrkowski (IL #6230048)
                                                 Kendric M. Cobb (IL #6282673)
                                                 REED SMITH LLP
                                                 10 South Wacker Drive
                                                 Chicago, IL 60606-7507
                                                 Telephone: +1 312 207 1000
                                                 Facsimile: +1 312 207 6400

                                                 *Counsel for Plaintiff* Jimmy Dale Miller

# EXHIBIT A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JIMMY DALE MILLER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>COOK COUNTY, ILLINOIS, an Illinois municipal corporation; SHERIFF'S CORRECTIONAL OFFICER JOHNNY JONES, in his individual and official capacities; SHERIFF'S CORRECTIONAL OFFICER ELTON JOHNSON, in his individual and official capacities; SHERIFF'S CORRECTIONAL OFFICER CODDINGTON, in his individual and official capacities; UNKNOWN PHYSICIAN in his individual and official capacities; and DR. STEIN, in her individual and official capacities,<br><br>Defendants. | No.: 1:08-CV-00711<br><br>Honorable Judge Robert W. Gettleman |

## PLAINTIFF'S EXPEDITED INTERROGATORY TO COOK COUNTY

Pursuant to Federal Rules of Civil Procedure 26 and 33, and by Order of this Court, Jimmy Dale Miller hereby propounds the following interrogatory upon Defendant Cook County and requests that a full and complete answer be served upon Plaintiff's counsel within fourteen (14) days of being served with this request.

### DEFINITIONS

1. The term "and," as used herein, means and/or.
2. The term "all," as used herein, shall be construed as "all and each."

3. The term "identify" when used in reference to a natural person means to state: (i) the person's full legal name; (ii) his or her current or last known home address; (iii) his or her current place of employment and work address; and (iv) his or her current job position.

4. The term "identify" when used with reference to an organization or entity, including a municipal corporation or subdivision thereof, means to state: (i) the organization's full legal name; (ii) its present or last known address; (iii) the full name and work address of each natural person authorized to receive service of process on its behalf.

## INSTRUCTIONS

1. If you object to any part of the Interrogatory, state your objection and answer the unobjectionable part.

2. If you claim any form of privilege, whether based on statute or otherwise, as a ground for not responding to any interrogatory, provide sufficient information to permit a full determination of whether the claim is valid.

3. This Interrogatory is continuing in nature and you are under a duty to seasonably amend or supplement your response pursuant to Fed. R. Civ. P. 26(e).

## INTERROGATORY

1. Identify Officer Johnny Jones, Officer Elton Johnson, Officer John Coddington, Dr. Andrew DeFuniak, and Dr. Leslie Stein, Cook County, Cook County Bureau of Health Services, and Cermak Health Services of Cook County.

Dated: August 22, 2008

Respectfully submitted,

By: ___s/ Henry Pietrkowski___
Henry Pietrkowski (IL #6230048)
Kendric M. Cobb (IL #6282673)
REED SMITH LLP
10 South Wacker Drive
Chicago, IL 60606-7507

- 3 -

Telephone: +1 312 207 1000
Facsimile: +1 312 207 6400

*Counsel for Plaintiff* Jimmy Dale Miller