# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 711 | **DATE** | 8/28/2008 |
| **CASE TITLE** | Jimmy Miller     vs     Correctional Officer | | |

**DOCKET ENTRY TEXT:**

Status hearing held. Plaintiff's motion [30] for leave to file second amended complaint is granted. Response is due by 9/24/2008. Motions [28] and [32] are withdrawn without prejudice.

[Docketing to mail notice]

00:07

| | Courtroom Deputy | GDS |
|---|---|---|